IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ANTONIO JONES, #203884, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-342-WKW |
| | ) | (WO) |
| | ) | |
| JEFFERSON S. DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on February 26, 2018 (Doc. 16), which the court construes as a motion to amend the complaint to clarify that the plaintiff seeks monetary damages from defendant James Nolin in this defendant's individual capacity, it is

ORDERED that this motion be and is hereby GRANTED.

DONE this 15th day of July, 2019.

/s/ Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE