IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ANTONIO JONES, #203884, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-342-WKW |
| JEFFERSON S. DUNN, KARLA WALKER JONES, ERIC EVANS, and OFFICER JAMES NOLIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 22. 2019, the Magistrate Judge entered a Recommendation (Doc. # 24) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED;

(2) Plaintiff's motion to dismiss is GRANTED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

(3) Plaintiff's action against Defendants Jefferson Dunn, Karla Jones, and Eric Evans is DISMISSED without prejudice;

(4) The Clerk of the Court is DIRECTED to terminate Defendants Jefferson Dunn, Karla Jones, and Eric Evans as parties, to amend the docket to reflect the remaining Defendant's full name, James Nolin, and to change the caption accordingly; and

(5) This action is REFERRED back to the Magistrate Judge for further proceedings with respect to Plaintiff's action against Defendant James Nolin.

DONE this 14th day of August, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE