IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ANTONIO JONES, #203884,       Plaintiff,<br>v.<br>OFFICER JAMES NOLIN,<br>      Defendant. | CASE NO. 2:17-CV-342-WKW<br>[WO] |

## **ORDER**

On May 13, 2020, the Magistrate Judge entered a Recommendation (Doc. # 27) to which no timely objections have been filed. After an independent review of the record, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

(2) Defendant's motion for summary judgment (Doc. # 8) is GRANTED; and

(3) Costs are taxed against Plaintiff.

DONE this 15th day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE